UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

MALCOLM JAMES FONTENOT,

                Plaintiff,

   v.

KING COUNTY ADULT & JUVENILE DETENTION CENTER,

                Defendants.

Case No. C22-1472 TL-TLF

ORDER

      The District Court has referred this action filed under 42 U.S.C. § 1983 to United States Magistrate Judge Theresa L. Fricke. On October 18, 2022, the Clerk of Court mailed a new *in forma pauperis* form to plaintiff. Dkt. 3. The mailing was returned as undeliverable on October 31, 2022. Dkt. 4.

      A party proceeding *pro se* shall keep the Court and opposing parties advised as to their current mailing address. Local Rules, W.D. Wash. LCR 41(b)(2). If mail directed to a *pro se* plaintiff by the Clerk is returned by the Postal Service, and if the plaintiff fails to notify the Court and opposing parties within 60 days thereafter of his or her current mailing address, the Court may dismiss the action without prejudice for failure to prosecute. *Id.*

      If Plaintiff fails to notify the Court of his current mailing address by December 30, 2022, the undersigned will recommend dismissal of this action without prejudice. The

ORDER - 1

1 | Clerk is directed to mail Plaintiff a copy of this order to his last known address and the King County Adult and Juvenile Detention Center.

Dated this 4th day of November, 2022.

*Theresa L. Fricke*
Theresa L. Fricke
United States Magistrate Judge

ORDER - 2