UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| MALCOLM JAMES FONTENOT,<br><br>　　　　　Plaintiff,<br>　　v.<br><br>KING COUNTY ADULT & JUVENILE DETENTION CENTER, et al.,<br><br>　　　　　Defendants. | CASE NO. 2:22-cv-01472-TL<br><br>ORDER ADOPTING REPORT AND RECOMMENDATION |

Having reviewed the Report and Recommendation of Magistrate Judge Theresa L. Fricke and the remaining record, and no objections or responses to the Report and Recommendation having been filed, the Court does hereby find and ORDER:

(1)　The Report and Recommendation (Dkt. No. 8) is ADOPTED.

(2)　Plaintiff's action is DISMISSED without prejudice.

(3)　The Clerk is DIRECTED to send copies of this Order to Plaintiff and to the Honorable Theresa L. Fricke.

ORDER ADOPTING REPORT AND
RECOMMENDATION - 1

(4) The case is CLOSED.

Dated this 10th day of April 2023.

                                                     *[signature]*

                                                     Tana Lin
                                                     United States District Judge